United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO.:5:24-CR-1255 |
| § | |
| CHRISTIAN OCHOA § | |
| ($175,000.00 MONEY JUDGMENT) § | |

## ORDER OF FORFEITURE

The United States has filed Motion for an Order of Forfeiture seeking a money judgment against the Defendant, CHRISTIAN OCHOA, in the amount of $175,000.00; and

WHEREAS, this Court, having considered the plea agreement and the factual basis submitted by the United States found that $175,000.00 was proceeds received by Defendant during the commission of his scheme and artifice to obtain moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of the PNC bank by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18 United States Code, Sections 1344(2) for which Defendant has been convicted, and

WHEREAS, Defendant has agreed in his plea agreement that the United States have a forfeiture money judgment against him; and

WHEREAS the entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure. Upon entry of the Order of Forfeiture, the Government may move at any time, pursuant to Rule 32.2(e)(1), to amend the Order of Forfeiture to include specific property of the defendant which has a value up to the amount of the money judgment, as substitute assets; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

The Court, therefore, GRANTS the motion of the United States and ORDERS that a money judgment of $175,000.00 be imposed against the Defendant and made part of his sentence and included in his judgment.

Signed on the 22nd day of July 2025 in Laredo, Texas.

*[signature]*

KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE